Certificate Number: 08064-TNM-DE-006203938

Bankruptcy Case Number: 09-01281

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on February 20, 2009 , at 4:29 o'clock PM CST ,

Barbara Lee Jackson completed a course on personal financial

management given by telephone by

Consumer Financial Education Foundation of America, Inc. ,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Middle District of Tennessee .

Date: February 20, 2009      By      /s/Charlie Haynie

Name      Charlie Haynie

Title      Administrative Assistant